No. 10-6107. Frances Choy, Petitioner v. Massachusetts.

562 U.S. 986, 131 S. Ct. 425, 178 L. Ed. 2d 330, 2010 U.S. LEXIS 8315.

October 18, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 456 Mass. 146, 927 N.E.2d 970.